UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>JERRY TURNER, )<br>)<br>*Defendant.* ) | Cause No. 1:19-cr-<br><br>1:19-cr-0007 RLY-TAB |

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about December 13, 2018, within the Southern District of Indiana, Indianapolis Division, the defendant,

JERRY TURNER,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

    Dealing in Cocaine as a level 5 felony under cause number 49G20-1709-F5-036133, in Marion County Superior Court, Indiana, on or about May 1, 2018,

did knowingly possess in and affecting commerce a firearm, to wit: a Glock model 30 .45 caliber pistol bearing serial number NRS934.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of the Indictment, JERRY TURNER, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about December 13, 2018, including but not limited to a Glock model 30 .45 caliber pistol bearing serial number NRS934.

A TRUE BILL:

_____

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by: _____
Jeffrey D. Preston
Assistant United States Attorney

2