UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JAN 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| JERRY TURNER, | ) | 1:19-cr-0007 RLY-TAB |
| | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) Felon in Possession of a Firearm | 0 - 10 Years | $250,000 | NMT 3 Years |

Dated: _____        _____
                                                                    JERRY TURNER
                                                                    Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
Hon.
United States District Court
Southern District of Indiana