**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:19-cr-00007-RLY-TAB |
| ) | |
| ) | |
| JERRY TURNER ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE**

TO: CLERK OF COURT

Please enter the appearance of Loren Collins, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: January 18, 2019

*Loren M. Collins*
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 18, 2019** a copy of the foregoing **APPEARANCE** was electronically filed.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system

*Loren M. Collins*
*Loren M. Collins*