AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

JERRY TURNER

*Defendant*

Case No. **1:19-cr-0007 RLY-TAB**

FILED
JAN 17 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jerry Turner,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Date: January 8, 2019

CLERK OF COURT, Laura A. Briggs
BY: _____
       *Deputy Clerk*

City and state:   Indianapolis, IN

### Return

This warrant was received on *(date)* 1-8-19, and the person was arrested on *(date)* 1-17-19
at *(city and state)* Indianapolis, In.

Date: 1-17-19

_____
*Arresting officer's signature*

Andrew Sullivan ATF S/A
*Printed name and title*