UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00007-RLY-TAB |
| | ) | |
| JERRY TURNER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The court, upon Defendant's motion and without objection from the United States, **VACATES** the trial setting of 3/25/19 and now **RESETS** the trial **to AUGUST 19, 2019, at 9:00 a.m.** The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204. This court finds that the ends of justice served by taking this action outweigh the best interest of the defendants and the public in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to Title 18 U.S.C. 3161 (h)(7) (A).

**SO ORDERED** this 12th day of March 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

United States Marshal

United States Probation